Basheem Smalls #55719-054
United States Penitentiary Marion
PO Box 1000
Marion, IL 62959.

May, 14, 2020

RE: United States v. Basheem Smalls.
11cr 1040 (KMK.

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Motion to Consider release
under COVID-19 pandemic.

> Application for compassionate release under 18 U.S.C. Section 3582 is denied, because Mr. Smalls has not exhausted his administrative remedies. If he does that, or if 30 days passes after Mr. Smalls initiates pursuit of his administrative remedies without an answer from BOP, then Mr. Smalls may file another request for compassionate release. In other words, this denial is without prejudice.
>
> So Ordered. /s/ KMK 6/2/20

Dear Judge Karas,

I'm writing this respectfully asking if you can order I be release. For the following reasons. I've been denied halfway house and home confinement due to the COVID-19 pandemic in New York City. However I have notified staff my wife and family have relocated to Parksville, Maryland. Where I've requested a relocation change. And staff again denied to contact the Dept of Probation that would look into my residence upon release. They refuse to assist me Therefore I bring my concerns to the court. So that if I'm not granted release by the Courts. I would be doing my full sentence. Which you sentence me to 126 months. On November 12, 2013. My request will be on file. That I asked for a relocation change. I have Health issues. I've been sexually violated by staff. In a prior institution in which I have a pending case against said officer. I have not violated any BOP rules that would warrent me not given the opportunity I'm eligible for serving a 126 month Sentence other then staff refusing to assist me. I currently have 7 months to my Projected release date. 1/20/2021. I have a home eligibility date of 7/20/2020. I'm respectfully asking the Courts grant my Motion for release for the above reasons.

Sincerely

Basheem Smalls 65719-054
United States Penitentiary Marion
PO Box 1000
Marion IL 62959

Legal
Mail.

SDNY

Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

SAINT LOUIS MO 630
15 MAY 2020 PM 4 L

LEGAL
MAIL

10601-415099